MERSIN, LLC, Plaintiff/Respondent,

v.

Alan W. JACKSON and Sharon Jackson, Defendants/Appellants.

No. ED 104730

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: June 20, 2017

FOR APPELLANT: Gregory E. Anderson, 1420 Strassner Drive, St. Louis, Missouri 63144.

FOR RESPONDENT: Michael A. Clithero, 7701 Forsyth Blvd, 5th Floor, St. Louis, Missouri 63105.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Alan and Sharon Jackson appeal the trial court's judgment in favor of their neighbor, Mersin, in this land dispute. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).